IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE JENKINS,<br>           Plaintiff/Petitioner,<br>   v.<br>BOARD OF PAROLE HEARINGS,<br>           Defendant/Respondent._____/ | No. C 09-00839 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

   This case was commenced when Plaintiff/Petitioner filed a motion for leave to proceed in forma pauperis (IFP).

   On the same day the action was filed the Clerk sent a notice to Plaintiff/Petitioner, informing him that he did not file a civil rights complaint form or a habeas petition form.  The Clerk sent Plaintiff/Petitioner a blank civil rights complaint form as well as a blank habeas petition form and told him that he must submit either a completed complaint or petition within thirty days or his action would be dismissed.

   More than thirty days have passed and Plaintiff/Petitioner has not filed the necessary documents or otherwise communicated with the Court.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

   In view of his failure to file either a complaint or a petition, it appears that Plaintiff/Petitioner must not have

intended to file an action in this Court.  Thus, because the present action was opened in error, his IFP application is terminated as moot, and no filing fee is due.

    The Clerk of the Court shall close the file.

    This Order terminates Docket no. 2.

    IT IS SO ORDERED.

Dated:  6/23/09                    _____
                                CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER LEE JENKINS,

        Plaintiff,

  v.

BOARD OF PAROLE HEARINGS et al,

        Defendant.

Case Number: CV09-00839 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Lee Jenkins P73828
FAC 4 BLD 20 Cell 248
California Department of Correction
R.J. Donovan Corr. Facility
P.O. Box 799004
San Diego, CA 92179

Dated: June 23, 2009

                                       Richard W. Wieking, Clerk
                                       By: Sheilah Cahill, Deputy Clerk